ROBERT S. BLUMBERG, Bar No. 161649
DAVID S. MAOZ, Bar No. 233857
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:    310.553.5583
E-mail: rblumberg@littler.com;
dmaoz@littler.com

JS-6

Attorneys for Defendant
PALL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KUN MA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALL CORPORATION, a New York Corporation; STEIN HOLME, an individual; and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. CV 10-4324-JFW (JCGx)<br><br>**ORDER DISMISSING LAWSUIT WITH PREJUDICE** |
|---|---|

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT** the above-captioned action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: February 7, 2011
_____

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308